# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv301

| | |
|---|---|
| DWAYNE PEEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF REMAND** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** came before the Court on the parties' Consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. §405(g) [Doc. 9], filed January 25, 2010.

Sentence four of 42 U.S.C. §405(g) provides in pertinent part, "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The parties have moved for reversal of the decision of the Defendant and for remand for further administrative proceedings. Specifically, the parties ask that the Commissioner be instructed to assign this matter to an Administrative Law Judge (ALJ) who will reconsider the

medical record, including the evidence submitted to the Appeals Council as well as appended and updated evidence; reconsider which of the plaintiff's claimed limitations are severe; supply new physical and mental residual functional capacity assessments; reconsider plaintiff's subjective complaints, and if they are supported by treating source statements, describe the weight afforded them; obtain vocational expert testimony as warranted; and issue a new decision. The Court finds remand is appropriate. Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Reversal and Remand pursuant to Sentence Four of 42 U.S.C. §405(g) [Doc. 9] is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and the case is remanded; and

**IT IS FURTHER ORDERED** that upon remand, the Defendant shall assign this matter to an Administrative Law Judge (ALJ) who will reconsider the medical record, including the evidence submitted to the Appeals Council as well as appended and updated evidence; reconsider which of the plaintiff's claimed limitations are severe; supply new physical and mental residual functional capacity assessments; reconsider plaintiff's

2

subjective complaints, and if they are supported by treating source statements, describe the weight afforded them; obtain vocational expert testimony as warranted; and issue a new decision. **IT IS FURTHER ORDERED** that the Plaintiff's Motion for Judgment for Costs under the Equal Access to Justice Act, 28 U.S.C. §212(a)(1) [Doc. 11] is hereby **DENIED** without prejudice.

A Judgment of Remand is entered simultaneously herewith. The Clerk of Court is notified that this is a final judgment closing the case.

Martin Reidinger
United States District Judge

Signed: February 12, 2010