# United States District Court
# For The Western District of North Carolina
# Asheville Division

DWAYNE PEEK,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        1:09cv301

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/06/2010 Memorandum of Decision and Order.

The Judgment is entered in favor of and payable to the Plaintiff and against the Defendant in the amount of $2,762.50 for attorney's fees and expenses awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Plaintiff is further awarded $350.00 in costs, to be certified by the Office of the United States Attorney to the Department of Treasury for payment from the Judgment Fund.

Signed: December 16, 2010

Frank G. Johns, Clerk
United States District Court